789 A.2d 203

**Shaun McDERMOTT, Respondent,**

v.

**CONSOLIDATED RAIL CORPORATION, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 20, 2001.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of December, 2001, the Petition for Allowance of Appeal is hereby **GRANTED.** Furthermore, the order of the Superior Court is **VACATED** and the matter is **REMANDED** for reconsideration. On remand, the Superior Court is specifically directed to consider this court's decision in *Davis v. Mullen,* 565 Pa. 386, 773 A.2d 764 (2001).

Furthermore, we note that the Superior Court, relying on *Dale v. Baltimore & Ohio Railroad Co.,* 359 Pa.Super. 477, 519 A.2d 450 (1986), incorrectly stated that Petitioner is liable

for the entire amount of the damages regardless of whether Petitioner was the sole cause of the injury. Unfortunately, the Superior Court failed to apprehend that we specifically rejected that portion of their *Dale* opinion. *See Dale v. Baltimore & Ohio Railroad Co.*, 520 Pa. 96, 552 A.2d 1037, 1041 (1989). We note, however, that we express no opinion as to whether our *Dale* decision should be utilized in the resolution of this matter on remand.